# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>            Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>            Plaintiff,<br><br>vs.<br><br>PROVIDENT TRUST GROUP, LLC DBA ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF CATHERINE WILLIAMS IRA & CATHERINE WILLIAMS,<br><br>            Defendant(s). | Adversary Proceeding<br>Case No. 19-50606 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1.      I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On August 6, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 25] to be served by first class mail on *Catherine Williams 9573 CR 139 Glen Saint Mary FL 32040 and CT Corp System, R/A RE: Provident Trust GRP LLC Admin & Cust 701 S. Carson St. Ste. 200 Carson City NV 89701* (Defendant).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
7th day of August, 2020
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires March 24, 2021

---

[2]    Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3]    The envelopes used for service in included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent*."